■ ABBIE ZABAR, Respondent, v ELI ZABAR, Appellant.—Order, Supreme Court, New York County (Hortense Gabel, J.), entered on or about February 7, 1986, unanimously affirmed, without costs and without disbursements. Motion by respondent to strike certain material from appellant's brief and reply brief and for other relief denied in its entirety. No opinion. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MOLINA, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on May 21, 1985, unanimously affirmed. Motion by defendant-appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ HANA B. BORDELAY, Appellant, v CITY OF NEW YORK, Respondent.—Two orders, Supreme Court, New York County (Arthur Blyn, J.), both entered on or about November 14, 1986, unanimously affirmed, without costs and without disbursements. The three motions by appellant requesting first available apartment, leave to amend its brief, and to invalidate the transcript of the Hearing Referee, and for other relief, all denied in their entirety. No opinion. Concur—Sandler, J. P., Carro, Milonas and Rosenberger, JJ.